UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

JASON HUNTER                                    CASE NO. 03-36354
SSN: xxx-xx-2277                                CHAPTER 13
Debtor

---

**NOTICE TO STATEWIDE CREDIT THAT $1.73 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUNDS ACCOUNT
IN TREASURY FUND #106000**

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Statewide Credit, creditor herein, and deposits $1.73 into the Court Clerk's Unclaimed Funds Account in Treasury Account #106000.

1. The last known address for Statewide Credit was:

   101 W. Ohio Street
   21st Floor
   Indianapolis, IN 46204

2. Several of the Standing Chapter 13 Trustee's disbursement checks have been returned with "Forwarding Order Expired" stamped on the front of the envelope by the Postmaster

3. Subsequent attempts to locate this creditor were fruitless.

4. Any objections to said Deposit should be made in writing, with the Court Clerk.

Dated: 2-10-10

Respectfully Submitted,

/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Notice was sent on 2-10-10

By U. S. Mail to the Debtor and Creditor as follows:
Debtor(s): Jason Hunter, PO Box 348, Mexico, IN 46958
Creditor: Statewide Credit, 101 W. Ohio Street, 21st Floor, Indianapolis, IN 46204

By electronic e-mail to the following:
Debtor's Attorney: Brad A. Woolley
U.S. Trustee

/s/ Debra L. Miller, Trustee
By: Rosemary Ward-Wilson