UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

| | |
|---|---|
| JASON DAVID HUNTER | CASE NUMBER: 03-36354 |
| SSN: xxx-xx-2277 | CHAPTER 13 |
| Debtor | |

---

**NOTICE TO STATEWIDE CREDIT THAT $2.78 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUNDS ACCOUNT
IN TREASURY FUND #106000**

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Statewide Credit, creditor herein, and deposits $2.78 into the Court Clerk's Unclaimed Funds Account in Treasury Account #106000.

1. The last known address for Statewide Credit was:

    101 W. Ohio Street
    21st Floor
    Indianapolis, IN 46204

2. Several of the Standing Chapter 13 Trustee's disbursement checks have been returned with "Forwarding Order Expired" stamped on the front of the envelope by the Postmaster or have not been negotiated.

3. Subsequent attempts to locate this creditor were fruitless.

4. Any objections to said Deposit should be made in writing, with the Court Clerk.

Dated: __3-12-10__                                                  Respectfully Submitted,

/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Notice was sent on __3-12-10__

By U. S. Mail to the following:

Debtor(s): Jason D. Hunter, PO Box 348, 3606 N. Walnut Lane, Mexico, IN 46958
Creditor: Statewide Credit, 101 W. Ohio Street, 21st Floor, Indianapolis, IN 46204

By electronic e-mail to the following:
U.S. Trustee
Debtor's Attorney: Brad A. Woolley

/s/ Debra L. Miller, Trustee
By: Rosemary Ward-Wilson